# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **BRIDGET BROWN PARSON,** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| v. | § | **CIVIL NO. 3:18-CV-0774-K** |
| | § | |
| | § | |
| | § | |
| **JUDGE HARLIN HALE**, ET AL. | § | |
| **DEFENDANTS.** | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Objections were filed, and the Court has made a de novo review of those portions of the proposed findings, conclusions and recommendation to which objection was made. Plaintiff objects because the magistrate judge issued findings while a stay was in effect. Doc. 15. The stay, however, affected "[a]ll current deadlines for the parties" and did not limit the Court's authority to issue rulings. Doc. 12 at 1.

In any event, Plaintiff's most recent deadline was September 15, 2018—well before the stay was entered on December 28, 2018, and she has not met any deadlines as required by United States Magistrate Judge Renée Harris Toliver's Orders. Accordingly, Plaintiff's objections are overruled and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Plaintiff's Complaint, Doc. 3, is **DISMISSED WITH PREJUDICE** for want of prosecution.

**SO ORDERED.**

Signed February 5th, 2019.

_____

ED KINKEADE
UNITED STATES DISTRICT JUDGE